1040

THE STATE OF WASHINGTON, *Respondent*, v. JENNIFER J. BORDEAU, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 12-1-00029-7, Scott R. Sparks, J., entered August 6, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Lawrence-Berrey, JJ.

*In the Matter of the Detention of* KENNETH LONGSDORFF.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 09-2-00364-6, John W. Lohrmann, J., entered September 20, 2012. *Affirmed* by unpublished opinion per Sidoway, C.J., concurred in by Brown and Lawrence-Berrey, JJ.

EXTERRA, LLC, *Appellant*, v. CLE ELUM GATEWAY PROPERTY, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 11-2-00187-6, Frances P. Chmelewski, J., entered June 7, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

THE STATE OF WASHINGTON, *Respondent*, v. JASON LEE DUTCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 12-1-00074-6, John D. Knodell III, J., entered July 23, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.